# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: GARY G. EDDY         §    Case No. 12-84331
                            §
                            §
         Debtor(s)          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 11/19/2012.

2) The plan was confirmed on 04/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 06/05/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/02/2015, 12/18/2015.

5) The case was dismissed on 12/18/2015.

6) Number of months from filing or conversion to last payment: 35.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $121,751.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 6,815.00 | |
| Less amount refunded to debtor(s) | $ 42.74 | |
| **NET RECEIPTS** | | $ 6,772.26 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 410.30 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 410.30 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART LAW OFFICES | Sec | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| JPMORGAN CHASE BANK NAT'L | Sec | 0.00 | 872.87 | 872.87 | 872.87 | 0.00 |
| KEAY & COSTELLO PC/ JAMES A | Sec | 900.00 | 1,118.60 | 900.00 | 900.00 | 88.16 |
| KEAY & COSTELLO PC/ JAMES A | Uns | 0.00 | 0.00 | 218.60 | 0.00 | 0.00 |
| AAMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALGONQUIN LAKE IN THE HILLS | Uns | 497.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 2,422.45 | 2,200.32 | 2,200.32 | 47.31 | 0.00 |
| AURORA MEDICAL GROUP | Uns | 186.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA as successor | Uns | 4,632.00 | 4,565.71 | 4,565.71 | 98.17 | 0.00 |
| BEST BUY / HSBC | Uns | 4,994.03 | NA | NA | 0.00 | 0.00 |
| CAC FINANCIAL CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF | Uns | 618.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 5,891.00 | 9,535.08 | 9,535.08 | 205.03 | 0.00 |
| DISCOVER BANK | Uns | 9,535.00 | 7,052.19 | 7,052.19 | 151.64 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DR ANNA KLYACHKINA | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| DR C BRITTON - KUZEL | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| DR DARLENE SPRINGER | Uns | 270.00 | NA | NA | 0.00 | 0.00 |
| DR ERIC LUND | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DR STEVEN J RESIS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DR SYED ANWAR | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| DR THOMAS J GRUNDLE | Uns | 218.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 13,530.60 | 13,323.69 | 13,323.69 | 286.50 | 0.00 |
| ELGIN MEDI - TRANSPORT | Uns | 857.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL RECOVERY SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 3,143.00 | 3,143.12 | 3,143.12 | 67.59 | 0.00 |
| MONARCH RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MRS ASSOCIATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICES INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 348.76 | 605.49 | 605.49 | 0.00 | 0.00 |
| PHILLIPS & COHEN ASSOCIATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVENA SAINT JOSEPH HOSPITAL | Uns | 16,835.00 | NA | NA | 0.00 | 0.00 |
| SEARS CREDIT CARDS | Uns | 9,535.08 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 3,634.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN IMMEDIATE CARE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN PHYSICIAN GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STONELEIGH RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| THE HOME DEPOT / CBNA | Uns | 5,891.40 | NA | NA | 0.00 | 0.00 |
| UNITED HEALTHCARE | Uns | 154.14 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,380.20 | 2,380.20 | 2,380.20 | 51.18 | 0.00 |
| VAT SERVICES PLUS INC | Uns | 112.89 | NA | NA | 0.00 | 0.00 |
| WORLD'S FOREMOST BANK | Uns | 9,682.62 | 9,682.62 | 9,682.62 | 208.21 | 0.00 |
| ZALES CREDIT PLAN | Uns | 3,211.72 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Uns | 0.00 | 5,049.00 | 0.00 | 0.00 | 0.00 |
| FIA CARD SERVICES NA | Uns | 0.00 | 11,623.11 | 11,623.11 | 249.93 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 0.00 | 6,295.30 | 6,295.30 | 135.37 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 872.87 | $ 872.87 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 4,400.00 | $ 3,900.00 | $ 88.16 |
| **TOTAL SECURED:** | $ 5,272.87 | $ 4,772.87 | $ 88.16 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 70,625.43 | $ 1,500.93 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 410.30 |
| Disbursements to Creditors | $ 6,361.96 |
| **TOTAL DISBURSEMENTS:** | $ 6,772.26 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  06/20/2016         By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)